# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| AZRACK, JOAN M. | U.S. DISTRICT COURT, EASTERN DISTRICT NY | 8/11/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

United States Courthouse
100 Federal Plaza
Central Islip, NY 11722

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| AZRACK, JOAN M. | 8/11/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

**✔** NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2020 | Salary and bonus from Landman Corsi Ballaine & Ford PC |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

**✔** NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AZRACK, JOAN M. | 8/11/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AZRACK, JOAN M. | 8/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | Citibank NA Personal Banking NY, NY (multiple accounts) | A | Interest | M | T | | | | | |
| 2. | National Life Ins. Co. whole life policy | A | Dividend | N | T | | | | | |
| 3. | PMA: Pimco Low Duration Fund Intl (IRA) (See VIII 1) | B | Distribution | L | T | Buy (add'l) | 01/27/20 | J | | |
| 4. | | | | | | Buy (add'l) | 02/11/20 | J | | |
| 5. | | | | | | Sold (part) | 03/10/20 | J | A | |
| 6. | | | | | | Sold (part) | 03/16/20 | J | A | |
| 7. | | | | | | Buy (add'l) | 09/16/20 | J | | |
| 8. | | | | | | Buy (add'l) | 11/30/20 | J | | |
| 9. | | | | | | Buy (add'l) | 12/30/20 | J | | |
| 10. | Fidelity Blue Chip Fund - Fidelity 401K (see VIII 2) | | None | N | T | | | | | |
| 11. | Fidelity Diversified intl - Fidelity 401K | | None | M | T | | | | | |
| 12. | Fidelity Freedom 2020 Fund - Fidelity 401K | | None | K | T | | | | | |
| 13. | Fidelity Contrafund - Fidelity 401K | | None | O | T | | | | | |
| 14. | Fidelity Growth & Inc - Fidelity 401K | | None | M | T | | | | | |
| 15. | Fidelity Value Fund - Fidelity 401K | | None | L | T | | | | | |
| 16. | Fidelity Government Money Market - Fidelity 401K | | None | M | T | | | | | |
| 17. | Fidelity Investment Grade Bond Fund - Fidelity 401K | | None | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AZRACK, JOAN M. | 8/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | Am Century Equity - Fidelity 401K | | None | M | T | | | | | |
| 19. | JP Morgan Growth & Income "A" Shares | A | Dividend | J | T | | | | | |
| 20. | Walt Disney Co common stock | A | Dividend | J | T | | | | | |
| 21. | Oppenheimer: Catalyst Inside Buying Fund (IRA) (see VIII 3) | A | Dividend | K | T | | | | | |
| 22. | PMA: Vanguard High Yield Adm (IRA) | B | Distribution | L | T | Buy (add'l) | 02/11/20 | J | | |
| 23. | | | | | | Sold (part) | 03/16/20 | J | A | |
| 24. | | | | | | Buy (add'l) | 09/17/20 | J | | |
| 25. | | | | | | Buy (add'l) | 11/30/20 | J | | |
| 26. | Oppenheimer: Kinetics Paradigm Adv C (IRA) | A | Dividend | K | T | | | | | |
| 27. | PMA: Vanguard Short Term Investment Grade Fund (IRA) | B | Distribution | L | T | Buy (add'l) | 01/27/20 | J | | |
| 28. | | | | | | Buy (add'l) | 02/11/20 | J | | |
| 29. | | | | | | Sold (part) | 03/10/20 | J | A | |
| 30. | | | | | | Sold (part) | 03/16/20 | J | A | |
| 31. | | | | | | Buy (add'l) | 09/17/20 | J | | |
| 32. | | | | | | Buy (add'l) | 11/30/20 | J | | |
| 33. | | | | | | Buy (add'l) | 12/30/20 | J | | |
| 34. | PMA: MetWest Intermediate Bond Fund | A | Distribution | K | T | Buy (add'l) | 01/28/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| AZRACK, JOAN M. | 8/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 03/10/20 | J | A | |
| 36. | | | | | Sold (part) | 03/16/20 | J | A | |
| 37. | | | | | Buy (add'l) | 09/17/20 | J | | |
| 38. | | | | | Buy (add'l) | 11/25/20 | J | | |
| 39. | | | | | Buy (add'l) | 12/28/20 | J | | |
| 40. Northwestern Mutual Life Ins. whole policy | B | Dividend | L | T | | | | | |
| 41. PMA: Vanguard Intermet Term Investment Grade Fund (IRA) | B | Distribution | L | T | Buy (add'l) | 01/27/20 | J | | |
| 42. | | | | | Sold (part) | 03/10/20 | J | A | |
| 43. | | | | | Sold (part) | 03/16/20 | J | A | |
| 44. | | | | | Buy (add'l) | 09/16/20 | J | | |
| 45. | | | | | Buy (add'l) | 11/30/20 | J | | |
| 46. | | | | | Buy (add'l) | 12/30/20 | J | | |
| 47. JP Morgan Mid Cap Growth | A | Dividend | K | T | | | | | |
| 48. Oppenheimer: Advantage Bank Deposits in various banks (IRA) | A | Interest | J | T | | | | | |
| 49. PMA: Jensen Quality Grade (IRA) | A | Distribution | K | T | Sold (part) | 01/27/20 | J | C | |
| 50. | | | | | Buy (add'l) | 03/17/20 | J | | |
| 51. PMA: Odyssey Growth Fund (IRA) | A | Distribution | K | T | Buy (add'l) | 03/11/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AZRACK, JOAN M. | 8/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | Buy<br>(add'l) | 03/17/20 | J | | |
| 53. | | | | | Sold<br>(part) | 09/16/20 | J | C | |
| 54. | | | | | Sold<br>(part) | 11/25/20 | J | C | |
| 55. PMA: T Rowe Price Small Cap Stock Fund (IRA) | B | Distribution | | | Buy<br>(add'l) | 03/11/20 | J | | |
| 56. | | | | | Buy<br>(add'l) | 03/17/20 | J | | |
| 57. | | | | | Sold | 09/16/20 | K | A | |
| 58. PMA: Vanguard Extended Market Index (IRA) | A | Distribution | L | T | Buy<br>(add'l) | 03/11/20 | J | | |
| 59. | | | | | Buy<br>(add'l) | 03/17/20 | J | | |
| 60. | | | | | Sold<br>(part) | 09/16/20 | J | A | |
| 61. | | | | | Sold<br>(part) | 09/23/20 | J | A | |
| 62. | | | | | Sold<br>(part) | 11/25/20 | J | A | |
| 63. PMA: Vanguard 500 Index Fund (IRA) | B | Distribution | M | T | Sold<br>(part) | 01/27/20 | J | A | |
| 64. | | | | | Buy<br>(add'l) | 03/11/20 | J | | |
| 65. | | | | | Buy<br>(add'l) | 03/17/20 | J | | |
| 66. | | | | | Sold<br>(part) | 11/25/20 | J | | |
| 67. PMA: T. Rose Price Intl (IRA) | B | Distribution | | | Sold | 09/08/20 | J | A | |
| 68. PMA: Vanguard Intl Index Fund (IRA) | B | Distribution | L | T | Buy<br>(add'l) | 03/17/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AZRACK, JOAN M. | 8/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. PMA: Odyssey Growth Fund | C | Distribution | K | T | | | | | |
| 70. PMA: Odyssey Aggressive Growth Fund | A | Distribution | K | T | Sold (part) | 11/25/20 | J | B | |
| 71. PMA: Vanguard Intl Index Fund | B | Distribution | L | T | Buy (add'l) | 06/02/20 | K | | |
| 72. PMA: Vanguard Extended Market Index Fund | A | Distribution | K | T | Sold (part) | 09/16/20 | J | A | |
| 73. | | | | | Sold (part) | 11/25/20 | J | B | |
| 74. PMA: Jensen Quality Growth | C | Distribution | K | T | | | | | |
| 75. PMA: Vanguard 500 Index Fund | B | Distribution | L | T | Sold (part) | 11/25/20 | J | B | |
| 76. PMA: Pimco Low Duration Fund | A | Distribution | K | T | Buy (add'l) | 01/28/20 | J | | |
| 77. | | | | | Buy (add'l) | 02/11/20 | J | | |
| 78. | | | | | Buy (add'l) | 02/13/20 | J | | |
| 79. | | | | | Sold (part) | 03/10/20 | J | A | |
| 80. | | | | | Sold (part) | 03/16/20 | J | A | |
| 81. | | | | | Buy (add'l) | 09/16/20 | J | | |
| 82. | | | | | Buy (add'l) | 11/27/20 | J | | |
| 83. | | | | | Buy (add'l) | 12/28/20 | J | | |
| 84. PMA: Vanguard High Yield Corporate Fund | A | Distribution | J | T | Buy (add'l) | 09/17/20 | J | | |
| 85. | | | | | Buy (add'l) | 12/28/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AZRACK, JOAN M. | 8/11/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br>(2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | <br><br>(2)<br>Date<br>mm/dd/yy | <br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. PMA: Vanguard Limited Term Tax Exempt Fund | A | Distribution | K | T | Buy (add'l) | 01/28/20 | J | | |
| 87. | | | | | Buy (add'l) | 02/13/20 | J | | |
| 88. | | | | | Sold (part) | 03/10/20 | J | A | |
| 89. | | | | | Sold (part) | 03/16/20 | J | A | |
| 90. | | | | | Buy (add'l) | 09/17/20 | J | | |
| 91. | | | | | Buy (add'l) | 11/27/20 | J | | |
| 92. | | | | | Buy (add'l) | 12/28/20 | J | | |
| 93. PMA: Vanguard Intmd Term Tax Exempt Fund | A | Distribution | K | T | Buy (add'l) | 01/28/20 | J | | |
| 94. | | | | | Sold (part) | 03/10/20 | J | A | |
| 95. | | | | | Sold (part) | 03/16/20 | J | A | |
| 96. | | | | | Buy (add'l) | 09/17/20 | J | | |
| 97. | | | | | Buy (add'l) | 11/25/20 | J | | |
| 98. | | | | | Buy (add'l) | 12/28/20 | J | | |
| 99. PMA: T Rowe Price Equity Inc. | A | Distribution | | | Sold (part) | 01/28/20 | J | A | |
| 100. | | | | | Sold | 08/21/20 | K | A | |
| 101. PMA: Vanguard Growth Index Fund (IRA) | A | Distribution | L | T | Sold (part) | 01/27/20 | J | A | |
| 102. | | | | | Buy (add'l) | 03/11/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AZRACK, JOAN M. | 8/11/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 09/16/20 | J | A | |
| 104. | | | | | Sold (part) | 11/25/20 | J | A | |
| 105. PMA: T Rowe Price Equity Income Fund (IRA) | A | Distribution | | | Sold (part) | 01/27/20 | J | A | |
| 106. | | | | | Buy (add'l) | 03/11/20 | J | | |
| 107. | | | | | Buy (add'l) | 03/17/20 | J | | |
| 108. | | | | | Sold | 08/21/20 | K | A | |
| 109. PMA: Vanguard Growth Index Fund | A | Distribution | K | T | Sold (part) | 09/16/20 | J | A | |
| 110. PMA: MetWest Intermediate Bond Fund (IRA) | B | Distribution | L | T | Buy (add'l) | 01/27/20 | J | | |
| 111. | | | | | Sold (part) | 03/10/20 | J | A | |
| 112. | | | | | Sold (part) | 03/16/20 | J | A | |
| 113. | | | | | Buy (add'l) | 09/17/20 | J | | |
| 114. | | | | | Buy (add'l) | 11/30/20 | J | | |
| 115. | | | | | Buy (add'l) | 12/30/20 | J | | |
| 116. McDonald's common stock | A | Dividend | J | T | | | | | |
| 117. Coca Cola common stock | A | Dividend | J | T | | | | | |
| 118. Nike common stock class B | A | Dividend | J | T | | | | | |
| 119. PMA: Fidelity Gvt Cash Reserves (see VIII 4) | A | Distribution | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.  PMA: USAA Short Term Bond Fund (IRA) | C | Distribution | L | T | Buy (add'l) | 01/28/20 | J | | |
| 121. | | | | | Buy (add'l) | 02/11/20 | J | | |
| 122. | | | | | Sold (part) | 03/10/20 | J | A | |
| 123. | | | | | Sold (part) | 03/16/20 | J | A | |
| 124. | | | | | Buy (add'l) | 09/17/20 | J | | |
| 125. | | | | | Buy (add'l) | 11/30/20 | J | | |
| 126. | | | | | Buy (add'l) | 12/30/20 | J | | |
| 127.  PMA: Fidelity Govt Cash Reserves (IRA) (see VIII 4) | A | Distribution | J | T | | | | | |
| 128.  Dodge Cox STK (IRA) | B | Distribution | K | T | Sold (part) | 01/27/20 | J | A | |
| 129. | | | | | Buy (add'l) | 03/10/20 | J | | |
| 130. | | | | | Buy (add'l) | 03/16/20 | J | | |
| 131. | | | | | Sold (part) | 11/25/20 | J | A | |
| 132.  PMA Baird Core Plus (IRA) | B | Distribution | L | T | Buy (add'l) | 01/28/20 | J | | |
| 133. | | | | | Sold (part) | 03/10/20 | J | A | |
| 134. | | | | | Sold (part) | 03/16/20 | J | A | |
| 135. | | | | | Buy (add'l) | 09/17/20 | J | | |
| 136. | | | | | Buy (add'l) | 11/30/20 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| AZRACK, JOAN M. | 8/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 12/30/20 | J | | |
| 138.  PMA Van Md VI Index (IRA) | B | Distribution | K | T | Sold (part) | 01/27/20 | J | A | |
| 139. | | | | | Buy (add'l) | 03/11/20 | J | | |
| 140. | | | | | Sold (part) | 11/25/20 | J | A | |
| 141.  PMA DFA Int'l Core Eq (IRA) | A | Distribution | K | T | Buy (add'l) | 03/11/20 | J | | |
| 142.  PMA DFA Int'l Small Comp (IRA) | A | Distribution | K | T | | | | | |
| 143.  PMA Dodge Cox Int'l | A | Distribution | J | T | | | | | |
| 144.  PMA JH Dis Val MDCP | B | Distribution | K | T | Buy (add'l) | 03/11/20 | J | | |
| 145.  PMA DFA Int'l Core Eq. | A | Distribution | | | Sold | 06/01/20 | K | A | |
| 146.  PMA FMI Large Cap Fund (IRA) (See VIII 5) | B | Distribution | K | T | | | | | |
| 147.  PMA Van Eq. Inc. | A | Distribution | J | T | | | | | |
| 148.  Oppenheimer FT Deep Value Dividend No. 23 (IRA) | A | Dividend | K | T | | | | | |
| 149.  Oppenheimer Fixed Annuity Invested S&P 500 Index Funds | | None | O | T | | | | | |
| 150.  PMA Dodge Cox Int'l (IRA) | A | Distribution | J | T | | | | | |
| 151.  PMA Vanguard Int'l Gr. (IRA) | B | Distribution | K | T | Sold (part) | 01/27/20 | J | A | |
| 152. | | | | | Sold (part) | 09/16/20 | J | A | |
| 153. | | | | | Sold (part) | 11/25/20 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AZRACK, JOAN M. | 8/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. PMA JH Dis Val MD CP (IRA) | A | Distribution | J | T | Buy | 03/17/20 | J | | |
| 155. | | | | | Buy<br>(add'l) | 11/30/20 | J | | |
| 156. PMA AQR Large Cap Defensive Style (IRA) | A | Distribution | K | T | Buy | 01/28/20 | J | | |
| 157. | | | | | Buy<br>(add'l) | 03/11/20 | J | | |
| 158. | | | | | Buy<br>(add'l) | 03/17/20 | J | | |
| 159. PMA Price Intl Stk I (IRA) | A | Distribution | J | T | Buy | 09/08/20 | J | | |
| 160. PMA Price Sm Cap Stk I (IRA) | B | Distribution | L | T | Buy | 09/16/20 | K | | |
| 161. | | | | | Sold<br>(part) | 11/25/20 | J | A | |
| 162. PMA Price Equ Inc I (IRA) | A | Distribution | K | T | Buy | 08/21/20 | K | | |
| 163. | | | | | Sold<br>(part) | 11/25/20 | J | A | |
| 164. PMA Price Intl Stk I | A | Distribution | J | T | Buy | 09/08/20 | J | | |
| 165. PMA AQR Large Cap Defensive Style | A | Distribution | J | T | Buy | 01/29/20 | J | | |
| 166. | | | | | Buy<br>(add'l) | 03/11/20 | J | | |
| 167. PMA Van Md VI Idx Ad | A | Distribution | J | T | Buy | 03/18/20 | J | | |
| 168. PMA Price Equ Inc I | A | Distribution | K | T | Buy | 08/21/20 | K | | |
| 169. PMA FMI Large Cap Fund (See VIII 5) | B | Distribution | J | T | | | | | |
| 170. PMA Van Intl Gr Adm | A | Distribution | J | T | Buy | 03/11/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AZRACK, JOAN M. | 8/11/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 03/17/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **AZRACK, JOAN M.** | 8/11/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. PMA as used in Section VII refers to Prudential Management Associates, which maintains managed asset portfolios (individual and IRA) consisting of investments identified in that section.

2. Fidelity 401K as used in Section VII refers to a 401K account maintained by Fidelity Investments consisting of investments identified in that section. Each year, a maximum allowable 401K contribution is made (total value K,) which is allocated pursuant to formula among various of the 401K fund investments identified in this report. Each allocated amount has a value of J.

3. Oppenheimer as used in Section VII refers to Oppenheimer & Co., Inc., which maintains brokerage accounts (individual and IRA) consisting of investments identified in that section.

4. In Section VII, items 119 and 127 are money market funds that would be the subject of multiple purchases and sales during the course of the year. At year end, the increased value of each fund had a value of J.

5. This asset was held in two accounts and should have been disclosed twice on the 2019 Report, as a "J" value asset and as a "K" value asset. Inadvertently, it was only reported once as a J value asset.

| Name of Person Reporting | Date of Report |
|---|---|
| AZRACK, JOAN M. | 8/11/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ JOAN M. AZRACK**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544